

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2022

No. 04-22-00820-CR

**IN RE** Robert Ray **ROBERTS**

Original Proceeding[1]

**ORDER**

On December 7, 2022, relator filed a petition for writ of habeas corpus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is **DENIED**. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 28, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CR5177, styled *State of Texas v. Robert Ray Roberts*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.